# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATINA HEBERT

VERSUS

ARAMARK SERVICES, INC.

NO.   2021 CW 0631

**JULY 30, 2021**

---

In Re:   Aramark Management Services Limited Partnership, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 662436.

---

**BEFORE:   THERIOT, HOLDRIDGE, AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.**   The district court's May 7, 2021 judgment denying the motion to compel filed by Defendant, Aramark Management Services Limited Partnership, is reversed. La. R.S. 23:1293 does not operate to preclude defendants in a personal injury action from discovering the plaintiff's Office of Workers' Compensation Administration file, especially where, as here, the plaintiff filed a lawsuit arising out of the same incident.   Moreover, parties may obtain discovery regarding any matter, not privileged, which is relevant to the subject matter involved in the pending action.   The information sought must be reasonably calculated to lead to the discovery of admissible evidence.   See La. Code Civ. P. art. 1422.   We find Plaintiff's Office of Workers' Compensation Administration file relates to the incident that is the subject of this lawsuit and is reasonably calculated to lead to the discovery of admissible evidence regarding the nature and extent of her injuries. Therefore, the district court abused its discretion in denying Defendant's motion to compel.   Accordingly, Defendant's motion to compel is granted, and Plaintiff, Katina Hebert, is ordered to comply with Defendant's Supplemental Request for Production of Documents No. 33 within 30 days of this action.

**MRT**
**CHH**

**Holdridge, J.,** concurs and would order the district court to perform an in camera inspection of the documents in the Office of Workers' Compensation Administration file to determine if any documents therein are discoverable.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT